UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
TERRY L. CALLANDRET,

        Petitioner,

v.

KAREN PORTIN,

        Respondent.
_____

No. C09-173-RSL

ORDER DENYING MOTION
FOR AN EVIDENTIARY HEARING

This matter comes before the Court on *pro se* petitioner's "Motion Requesting an Evidentiary Hearing" (Dkt. #30). As noted in respondent's brief (Dkt. #31), Magistrate Judge Donohue's Report and Recommendation in this matter (Dkt. #26) finds plaintiff's federal claims to be procedurally barred and plaintiff's only possible remaining claim to be a non-federal cause of action. As such, there is no basis for an evidentiary hearing before this Court.

For the foregoing reasons, petitioner's motion is DENIED.

Dated this 30th day of October, 2009.

        /s/ Robert S. Lasnik
        Robert S. Lasnik
        United States District Judge

ORDER DENYING MOTION FOR AN EVIDENTIARY HEARING