UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY L. CALLENDRET, | Case No. 09-cv-0173-RSL |
| Petitioner, | ORDER |
| v. | |
| KAREN PORTIN, | |
| Respondent. | |

The Court, after careful consideration of Petitioner's 28 U.S.C. § 2254 petition for writ of habeas corpus, the Report and Recommendation of the Honorable James P. Donohue, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The habeas petition is DENIED. Grounds 1, 2, 4(a), 4(b), 5 and 6 of the habeas petition are DISMISSED WITH PREJUDICE. Ground 3 of the habeas petition is DISMISSED WITHOUT PREJUDICE.

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to Judge Donohue.

DATED this 24th day of November, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER
PAGE - 1